

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-8-2006

# Malaysia Shipping v. Sinochem Intl Co

Precedential or Non-Precedential: Precedential

Docket No. 04-1816

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Malaysia Shipping v. Sinochem Intl Co" (2006). *2006 Decisions*. Paper 1515.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1515

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1816

MALAYSIA INTERNATIONAL SHIPPING CORPORATION

Appellant

v.

SINOCHEM INTERNATIONAL CO. LTD.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 03-cv-03771)
District Judge: Honorable Franklin S. Van Antwerpen

Argued June 7, 2005

Before: AMBRO, STAPLETON and ALARCÓN[*], <u>Circuit Judges</u>

(Opinion filed February 7, 2006)

**<u>ORDER  AMENDING  PUBLISHED  OPINION</u>**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed February 7, 2006, be amended as follows:

On page 30, last line of text, after "(Breyer, C.J.) (same).", add two spaces and insert the following text:  "Stated differently, but with the same requirement of

---

[*]Honorable Arthur L. Alarcón, Senior United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.

jurisdiction, we have held that the ultimate inquiry of *forum non conveniens* "is whether the retention of jurisdiction by the district court would best serve the convenience of the parties and the ends of justice." *Mobil Tankers Co., S.A. v. Mene Grande Oil Co.*, 363 F.2d 611, 613 (3d Cir. 1966); *see also Hoffman v. Goberman*, 420 F.2d 423, 426 (3d Cir. 1970) (same)."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: February 8, 2006
CMD/cc: Diane B. Carvell, Esq.
      Ann-Michele G. Higgins, Esq.
      Diane B. Carvell, Esq.